IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

      v.

EVER BOYZO-MONDRAGON,

  Defendant.

CRIMINAL FILE NO.
NO.  1:19-CR- 115-1-TWT

## ORDER

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 115] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 53]. The facts and controlling law are set out in the thorough and well-reasoned Report and Recommendation. There was abundant probable cause to support issuance of the tracker warrant. The Defendant has no authority that issuance of a tracker warrant is precluded because the Defendant personally only participate in one drug transaction. The argument is nonsensical. The Apartment and Phone Warrants were not based upon the fruits of an illegal Tracker Warrant. The Defendant was not entitled to unlimited cross examination of Agent Combs at the suppression hearing.  There was no violation of United States v. Mitchell, 565 F 3d 1347 (11th Cir. 2009).  The Defendant had no possessory interest in the phone when he was in jail and could not possess it. The delay in obtaining the Phone Warrant was no unreasonable and was explained.  The Defendant's

T:\ORDERS\USA\19\19cr115-1\r&r.docx

Objections to the Report and Recommendation are without merit. The Court

approves and adopts the Report and Recommendation as the judgment of the

Court. The Defendant's Motion to Suppress [Doc. 53] is DENIED.

SO ORDERED, this 9 day of April, 2021.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\19\19cr115-1\r&r.docx